**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1449

WENDELL FREEMAN; DAVID JATHNIEL FREEMAN,

Plaintiffs - Appellants,

versus

RICHLAND COUNTY PROBATE COURT; AMY MCCULLOCH,
Probate Judge; JACQUELINE D. BELTON, Associate
Probate Judge; STATE OF SOUTH CAROLINA; MARK
SANFORD, Governor; TERESA LEE CLEMENT,
Guardian Ad Litem,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Margaret B. Seymour, District Judge.
(3:06-cv-00010-MBS)

Submitted: December 21, 2006      Decided: December 28, 2006

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wendell Freeman, David Jathniel Freeman, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wendell and David Jathniel Freeman appeal the district court's order adopting the magistrate judge's report and recommendation and denying relief on their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Freeman v. Richland County Probate Court</u>, No. 3:06-cv-00010-MBS (D.S.C. Apr. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 2 -